# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

JUDGE PETER J. WALSH                                      824 MARKET STREET
                                                         WILMINGTON, DE 19801
                                                             (302) 252-2925

November 12, 2009

Robert L. Habig, Ph.D.
6130 Golfview Drive
Gurnee, IL 60031-4701

**Re:  Cytometrics, Inc.
      Case No. 01-01136**

Dear Mr. Habig:

   This is in response to your letter of September 28, 2009 (Doc. # 416) complaining of the conduct of the Chapter 7 Trustee in his dealings with you in the above referenced case.  Your letter makes two requests: (1) reimbursement for your time and expenses incurred in dealing with the Chapter 7 Trustee and (2) an examination of the conduct of the Chapter 7 Trustee in dealing with you in this case.

   By a copy of this letter to the Chapter 7 Trustee's counsel, with respect to the first request, your letter will be treated as a motion for relief in this Court so that a responsive pleading may be filed by counsel for the Chapter 7 Trustee.

   With respect to the second request, I will defer to the office of the United States Trustee for the District of Delaware. It is my understanding that the office of the United States Trustee

                                                                    2

for the District of Delaware has supervisory authority over the Chapter 7 trustees in this District.  Thus, if you have a complaint with respect to the Chapter 7 Trustee's conduct in this case, you should address it to: William K. Harrington, Esquire, Office of the United States Trustee, 844 N. King Street, Room 2207, Wilmington, DE 19801.

                              Very truly yours,

                              Peter J. Walsh

PJW:ipm

cc: Magdalena Schardt, Esq.