# IN THE UNITED STATES BANKRUPTCY COURT
# FOR DISTRICT OF DELAWARE

IN RE:  
    **CYTOMETRICS, INC.**

Debtor(s)

CHAPTER 7

CASE NO. **01-01136-PJW**

**Related Docket No. 419**

## ORDER TO PAY UNCLAIMED FUNDS TO THE COURT

**IT IS ORDERED** that the Trustee shall pay unclaimed funds, as stated in the foregoing Motion, in the amount of $45,108.63 representing payment of claims to creditors, to the Clerk, United States Bankruptcy Court for the District of Delaware.

_____  
UNITED STATES BANKRUPTCY JUDGE

Ordered this __19__ day of __Jan.__, 20____.