**Katherine A. Whitehead**
**110 Martellago Drive**
**North Venice, FL 34275**

2010 MAR -8 PM 1:29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE
FILED

Clerk of US Bankruptcy Court
824 Market Street, 3 rd Floor
Wilmington, DE 19801

Re: case #01-01136, Cytometrics, Inc.

Please note that I have moved from:

7 Minisink Trail
Shamong, NJ 08088

To:

110 Martellago Drive
North Venice, FL 34275

This move became effective 12-18-2003. Please release all funds to this new
address as soon as possible.
Thank you

Regards,

Katherine A. Whitehead
941-486-3631
941-400-3999