February 20, 2010

To:

U.S. Bankruptcy Court Clerk's Office
824 North Market Street
3rd Floor
Wilmington, Delaware 19801

Regards to Bankruptcy Case: Cytometrics Inc (01-01136)



FILED 2010 FEB 25 AM 9:07 CLERK U.S. BANKRUPTCY COURT DISTRICT OF DELAWARE

Dear Sir/Madam,

I am a creditor in a bankruptcy case involving Cytometrics Inc. in Delaware Bankruptcy Court. The case number is 01-01136.

The court resolved this case and the funds from the bankruptcy case are available for the creditors to collect.

I have received a letter from the Trustee of the bankruptcy case. The letter shows how much money I am entitled from this case. I am sending you a copy of the letter.

Trustee for the bankruptcy case told me that the funds were deposited to unclaimed registry at the court since the court had my old address and could not locate my new address.

I am sending you my contact address below. Please release the fund that is available to me from this bankruptcy case.

Please let me know if you need any more information or documents.

Regards,

**My Current Address:**

Mustafa Emresoy
417 E Wildey Street
Philadelphia, PA 19125

**My Address When I left Cytometrics:**

Mustafa Emresoy
718 South 4th Street, Unit 2
Philadelphia, PA 19147

SO ORDERED this 17Th day of ~~March~~ April, 2010

Peter J. Walsh
United States Bankruptcy Judge

DKT. NO. 421
DT. FILED 2/25/10