UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: CYTOMETRICS, INC.            )    Case No. 01-01136
                                    )
            Debtor(s)               )    RE: Docket No. 423
                                    )

ORDER FOR WITHDRAWAL OF
FUNDS PAID INTO COURT

Upon consideration of the motion filed by Michael Bailey, by its attorney-in-fact for withdrawal of funds paid into the Court under 11 U.S.C §347 and 28 U.S.C. §2042, and it appearing that the movant is entitled to the sum of $2,442.64, it is, by the United States Bankruptcy Court for the District of Delaware,

ORDERED, that pursuant to 28 U.S.C. §2042 and 11 U.S. C. §347, the Bankruptcy Clerk, District of Delaware, shall pay this unclaimed money to the order of:

> Michael Bailey
> c/o Mr. Ron B. Leppke
> American Property Locators, Inc.
> 3855 South Boulevard, Suite 200
> Edmond, OK 73013

Dated: April 7, 2010

_____
United States Bankruptcy Judge