William F. Collins Jr.
66 Woodlawn Ave.
Broomall, PA 19008

## REQUEST FOR RELEASE OF FUNDS

Clerk of US Bankruptcy Court
824 Market Street, 3rd Floor
Wilmington, DE 19801

Re: case #01-01136-PJW, Cytometrics          re: #452

Please note that I have moved and did not receive my final distribution.
My name is William F. Collins Jr. (Bill) and my former address was:

2144 MacLarie Ln.
Broomall, PA 19008

My new address, to which the check can be mailed, is:

66 Woodlawn Ave.
Broomall, PA 19008

This move became effective May, 2004.

The amount of the distribution is $470.20 (POC # 000071). Please release all funds to this new address as soon as possible. The last 4 digits of my Social Security number are 2728.

Thank you.

Regards,

William F. Collins Jr.
610-353-6324 (H)
484-686-0226 (C)

SO ORDERED this 23
day of Feb. 2011

Peter J. Walsh
United States Bankruptcy Judge